UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SALDATE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> A. K. SCRIBNER, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | 1:04-CV-05995-AWI-WMW-HC <br><br> ORDER GRANTING EXTENSION OF <br> TIME TO FILE OBJECTIONS <br><br> (Doc. 17) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 11, 2006, petitioner filed a motion for an extension of time to file objections to the Magistrate's findings and recommendations of November 28, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of November 28, 2006.

IT IS SO ORDERED.

Bl0dc4**Dated:   February 14, 2007**            /s/  William M. Wunderlich
                                                                 UNITED STATES MAGISTRATE JUDGE